**DISMISS; and Opinion Filed February 26, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01002-CV

**VALPAK DIRECT MARKETING SYSTEMS, INC., Appellant**
**V.**
**COLONIAL SAVINGS, F.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03570-2018**

# MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is the parties' February 19, 2019 joint motion to dismiss the appeal. In

the motion, they state they have reached an agreement to compromise and settle their differences.

We grant the motion and dismiss this appeal.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

181002F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VALPAK DIRECT MARKETING
SYSTEMS, INC., Appellant

No. 05-18-01002-CV     V.

COLONIAL SAVINGS, F.A., Appellee

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-03570-2018.
Opinion delivered by Justice Pedersen, III,
Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 26th day of February, 2019.